# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS LINDSEY, | |
| Plaintiff(s), | Case No. 2:14-cv-00242-APG-NJK |
| vs. | ORDER VACATING INMATE EARLY MEDIATION CONFERENCE |
| STATE OF NEVADA DIVISION OF PRISONERS, et al., | |
| Defendant(s). | (Docket No. 16) |

On July 22, 2014, the Court scheduled an inmate early mediation conference in this case for September 12, 2014. Docket No. 16. The Court hereby VACATES that inmate early mediation conference and will reschedule it in a future order.

IT IS SO ORDERED.

DATED: September 5, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge