**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NICHOLAS LINDSEY,<br><br>  Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>  Defendants. | Case No. 2:14-cv-00242-APG-NJK<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND MOTION TO EXTEND TIME**<br><br>(Dkt. #48, #50) |

IT IS ORDERED that Plaintiff's motion for extension of time to file an appeal (Dkt. #50) is GRANTED. The deadline to file a notice of appeal is extended to October 9, 2015.

IT IS FURTHER ORDERED that the motion to withdraw as counsel of record (Dkt. #48) filed by Michael C. Kane is GRANTED.

DATED this 31st day of August, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE